# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Syed K. Shahwali
Plaintiff,
v.                                                            Case No.: 1:19−cv−00186−JJM−PAS

Meghan Hughes, et al.
Defendant.

## CASE OPENING NOTICE

The above−captioned case has been opened pursuant to Rule 3 of the Federal Rules of Civil Procedure. The above case number and caption should be used on all papers subsequently submitted to this Court.

The plaintiff is responsible for having the summons and complaint served within the time allowed by Fed. R. Civ. P. 4(m). If not already filed with the complaint, the plaintiff should file a completed summons with the Clerk of Court for signature and seal.

Unless service is waived, proof of service of a summons must be filed with the Court within 14 days after service as outlined in LR Cv 5.1(a). Failure to do so may result in dismissal for lack of diligent prosecution. See: LR Cv 41.

Counsel representing a nongovernmental corporate party must file a corporate disclosure statement with first document filed with the Court, and properly file a supplemental statement if any required information changes. See: Fed. R. Civ. P. 7.1.

Parties are encouraged to exchange disclosures immediately and to commence discovery. A case management scheduling conference will be set as soon as practicable after an answer is filed.

Dockets, opinions, rules forms, the court calendar and general notices can be obtained from the Courtr's website at www.rid.uscourts.gov. Parties should specifically review the notice(s) listed below:

   Notice of Electronic Availability of Case Information

   Notice to Counsel and *Pro Se* Litigants

   Guidance Regarding Motions to Seal in Civil Cases

If you wish to inquire about your case by telephone, please contact the case manager at the direct extension listed below.

April 11, 2019                                            Hanorah Tyer–Witek, Clerk of Court

U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Barbara Barletta 401–752–7202