# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| **SYED K. SHAHWALI**, <br> *Plaintiff*, <br><br> v. <br><br> **GINA RAIMONDO,** *in her official capacity as Governor of the State of Rhode Island*; <br> **JOHN BOGUE,** *in his official capacity as Senior Compliance Officer at the Rhode Island Commission for Human Rights*, <br> **MEGHAN HUGHES,** <br> **COMMUNITY COLLEGE OF RHODE ISLAND, et als.** <br><br> *Defendants*. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | C.A. 19-cv-00186 |

## ENTRY OF APPEARANCE

I, Matthew Shaw, Special Assistant Attorney General, hereby enter my appearance as counsel for Defendants, Gina Raimondo, in her capacity as Governor of the State of Rhode Island and John Bogue, in his official capacity as Senior Compliance Officer at the Rhode Island Commission for Human Rights, in the above-captioned civil action.

Respectfully submitted,

Defendants,

Gina Raimondo, in her capacity as Governor
of the State of Rhode Island; and
John Bogue, in his official capacity as
Senior Compliance Officer at the Rhode
Island Commission for Human Rights,

By their Attorney,

**PETER F. NERONHA**
**ATTORNEY GENERAL**

*/s/ Matthew I. Shaw*
_____
Matthew I. Shaw, #7325
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel (401) 274-4400 ext. 2226
Fax (401) 222-2995
mshaw@riag.ri.gov

## <u>CERTIFICATION</u>

I hereby certify that I filed the within through the ECF filing system on this 20th day of May, 2019 and that it is available for viewing and downloading.  I further certify that a copy has been sent via first class mail:

Syed K. Shahwali
820 Atwells Avenue
Apartment 15
Providence, RI 02909

*/s/ Taylor O'Brien*