HRR:ljc 7600/25 \Pleadings\760025 4 Our Entry of App 5-20-19

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SYED K. SHAHWALI | : |
| | : |
| VS. | :  C.A. NO. 1:19-cv-00186-JJM-PAS |
| | : |
| MEGHAN HUGHES, ET AL | : |

## ENTRY OF APPEARANCE

    I hereby enter my appearance on behalf of the defendant, Harry J. Hoopis, Esq., in the above captioned matter.

                              DEFENDANT, HARRY J. HOOPIS, ESQ.,
                              By his Attorney,

                              /s/ Holly R. Rao
                              Holly R. Rao, Esq. #3539
                              OLENN & PENZA, LLP
                              530 Greenwich Avenue
                              Warwick, RI  02886
                              PHONE:  (401) 737-3700
                              FAX:  (401) 737-5499
                              EMAIL:  hrr@olenn-penza.com

## CERTIFICATION

    I hereby certify that I have filed the within with the United States District Court on this 20th day of May, 2019, that a copy is available for viewing and downloading via the ECF system, and that I have caused a copy to be sent, via regular mail, to:

Mr. Syed K. Shahwali, pro se
820 Atwells Avenue, Apt. 15
Providence, RI  02909

                              /s/ Holly R. Rao