# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SYED K. SHAHWALI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:19-cv-00186-JJM-PAS |
| ) | |
| COMMUNITY COLLEGE OF RHODE ISLAND/ ) | |
| RHODE ISLAND BOARD OF GOVERNORS ) | |
| FOR HIGHER EDUCATION, MEGHAN ) | |
| HUGHES, SOUDABEH VALICENTI, and ) | |
| OFFICE OF HUMAN RESOURCES (CCRI), ) | |
| HARRY J. HOOPIS, EDWARD MADONNA, ) | |
| GINA RAIMONDO and JOHN BOGUE, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Community College of Rhode Island/Rhode Island Board of Governors for Higher Education, Meghan Hughes, Soudabeh Valicenti, Office of Human Resources and Edward Madonna (collectively "CCRI Defendants").

        Respectfully submitted,
        Community College of Rhode Island/Rhode
        Island Board of Governors for Higher
        Education, Meghan Hughes, Soudabeh
        Valicenti, Office of Human Resources
        and Edward Madonna,
        by their attorney,

Date:  May 20, 2019                    /s/Jeffrey S. Michaelson
                                                       Jeffrey S. Michaelson (#3299)
                                                       MICHAELSON & MICHAELSON
                                                       70 Romano Vineyard Way, Ste. 117
                                                       North Kingstown, RI 02862
                                                       (401)295-4330
                                                       (fax)295-5220
                                                       jeffmichaelson@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent out to those indicated as non-registered participants on this  20  day of May, 2019.

Syed K. Shahwali
820 Atwells Avenue, Apt. 15
Providence, RI 02909

                                                                               /s/Jeffrey S. Michaelson
                                                                              Jeffrey S. Michaelson