HRR:ljc 7600/25  \Pleadings\760025 5 Our MT Extend 5-20-19

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SYED K. SHAHWALI | : | |
| | : | |
| VS. | : | C.A. NO. 1:19-cv-00186-JJM-PAS |
| | : | |
| MEGHAN HUGHES, ET AL | : | |

## MOTION TO EXTEND

Now comes the defendant in the above matter, Harry J. Hoopis, Esq., and moves to extend the time within which to answer, plead, or otherwise respond to plaintiff's complaint, late and out of time, up to and including June 20, 2019.

DEFENDANT, HARRY J. HOOPIS, ESQ.,
By his Attorney,


/s/ Holly R. Rao
Holly R. Rao, Esq. #3539
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI  02886
PHONE:  (401) 737-3700
FAX:  (401) 737-5499
EMAIL:  hrr@olenn-penza.com

## CERTIFICATION

I hereby certify that I have filed the within with the United States District Court on this 20th day of May, 2019, that a copy is available for viewing and downloading via the ECF system, and that I have caused a copy to be sent, via regular mail, to:

Mr. Syed K. Shahwali, pro se
820 Atwells Avenue, Apt. 15
Providence, RI  02909

/s/ Holly R. Rao