KJS:ljc 7600/25  \Pleadings\760025 11 Our Entry KJS 6-4-19

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SYED K. SHAHWALI | : |
| | : |
| VS. | :   C.A. NO. 1:19-cv-00186-JJM-PAS |
| | : |
| MEGHAN HUGHES, ET AL | : |

## ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the defendant, Harry J. Hoopis, Esq., in the above captioned matter.

DEFENDANT, HARRY J. HOOPIS, ESQ.,
By his Attorney,

/s/ Krista J. Schmitz
Krista J. Schmitz, Esq. #7709
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI  02886
PHONE:  (401) 737-3700
FAX:  (401) 737-5499
EMAIL:  kjs@olenn-penza.com

## CERTIFICATION

I hereby certify that I have filed the within with the United States District Court on this 10th day of June, 2019, that a copy is available for viewing and downloading via the ECF system, and that I have caused a copy to be sent to:

Jeffrey S. Michaelson, Esq.
70 Romano Vineyard Way
Suite 117
North Kingstown, RI  02852

Matthew Shaw, Esq.
Special Asst. Attorney General
150 South Main Street
Providence, RI  02903

/s/ Krista J. Schmitz

## **CERTIFICATION**

I certify that I mailed, via regular mail, a true copy of this document on the 10th day of June, 2019, to:

Mr. Syed Shahwali, pro se
820 Atwells Avenue, Apt. 15
Providence, RI  02909

/s/ Krista J. Schmitz