# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

SYED K. SHAHWALI,
     Plaintiff,


     v.                                                                                                  C.A. No. 19-186-JJM-PAS


MEGHAN HUGHES, et al.
     Defendants.


## <u>JUDGMENT</u>

     This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

     Pursuant to this Court's text orders dated June 6, 2019 and July 5, 2019, the judgment is hereby entered dismissing this matter in accordance with Fed. R. Civ. P. 58.

     <u>It is so ordered</u>.


July 5, 2019                                                       By the Court:

                                                   <u>/s/ Hanorah Tyer-Witek.</u>
                                                 Clerk of Court